**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MARTIN JOSEPH SAGMAN,

                     Plaintiff,                        20 **CIVIL** 4257 (CS)(JCM)

      -against-                               **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                     Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated December 8, 2021, no objections to the Report and Recommendation have been received, and accordingly the Court has reviewed it for clear error. Finding no error, clear or otherwise, the R&R is adopted as the decision of the Court. Plaintiff's motion for judgment on the pleadings is granted and the case is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. 405(g) for further proceedings consistent with the R&R. The Commissioner's cross-motion for judgment on the Pleadings is denied.

**Dated:** New York, New York
          December 8, 2021

                                                        **RUBY J. KRAJICK**
                                                          **Clerk of Court**
                          **BY:**                   *K. Mango*
                                                           **Deputy Clerk**